AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| PATRICK WOLDANSKI | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-09625-AKH |
| TUSIMPLE HOLDINGS, INC., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant Indiana Public Employees Retirement System.

Date: 01/13/2023

/s/ Joe Kendall
*Attorney's signature*

Joe Kendall, Texas State Bar No. 11260700
*Printed name and bar number*

Kendall Law Group, PLLC
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
*Address*

jkendall@kendalllawgroup.com
*E-mail address*

(214) 744-3000
*Telephone number*

(214) 744-3015
*FAX number*